IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Nos. 04-17 |
| v. | ) | 04-67 |
| | ) | |
| LEONARD SMITH | ) | |

O R D E R

AND NOW, to wit, this 29th day of January, 2009, upon consideration of the Motion to Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the government's pleading is hereby SEALED until further Order of Court.

UNITED STATES DISTRICT JUDGE